FORM 26. Docketing Statement    Form 26
    December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1333

**Short Case Caption:** In re: Ablynx N.V.

**Filing Party:** Ablynx N.V., Sanofi

---

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

---

Issues to be raised on appeal:

Whether the Board's decision affirming the Examiner's rejections of Claims 51 and 54-56 should be reversed.

---

Relief awarded below (if damages, specify): ■ None/Not Applicable

---

Briefly describe the judgment/order appealed from:

Decision of the Board affirming the Examiner's rejections of Claims 51 and 54-56.

---

| Nature of Judgment (select one:) | Date of Judgment: 11/21/2025 |
|---|---|
| ☐ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ■ Other (explain) Affirmed Examiner's Rejections | |

---

Date: 1/26/26

Signature: Daniel J. Minion  *Digitally signed by Daniel J. Minion Date: 2026.01.26 10:05:46 -05'00'*

Name: Daniel Minion