# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2026-1333

## IN RE: ABLYNX N.V.

**DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR FILING THE DIRECTOR'S BRIEF**

The Director of the United States Patent and Trademark Office (the "Director") is the Appellee in this appeal.  Pursuant to Fed. Cir. R. 26, the Director requests that the time for filing the Director's brief, currently due on June 3, 2026, be extended sixty-five (65) days until August 7, 2026.  This is the first extension of time requested by the Director.

Counsel for the Director requests this extension due to the heavy workload of the Solicitor's Office, and pressing deadlines in other litigation matters in which the Associate Solicitors assigned to this case are also involved.  Additional time is also needed for review of the brief before filing.

Counsel for the Appellants, Daniel J. Minion, has stated that Appellants do not oppose this motion.

This motion is accompanied by a declaration pursuant to Fed. Cir. R. 26(b)(3).

May 27, 2026                               Respectfully submitted,


                                          */s/ Kakoli Caprihan*
                                          NICHOLAS T. MATICH
                                          Solicitor

                                          AUSTIN P. MAYRON
                                          Deputy Solicitor

                                          ROBERT J. MCMANUS
                                          Senior IP Legal Counsel

                                          KAKOLI CAPRIHAN
                                          MAUREEN QUELER
                                          JUSTIN BOVA
                                          Associate Solicitors

                                          Office of the Solicitor
                                          U.S. Patent and Trademark Office
                                          Mail Stop 8
                                          P.O. Box 1450
                                          Alexandria, Virginia  22313
                                          kakoli.caprihan@uspto.gov
                                          (571) 272-9035

                                          *Attorneys for the Director of the*
                                          *U.S. Patent and Trademark Office*

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2026-1333

**IN RE: ABLYNX N.V.**

**DECLARATION IN SUPPORT OF DIRECTOR'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING THE DIRECTOR'S BRIEF**

I, Kakoli Caprihan, hereby declare:

1.   I have been assigned to be the primary attorney on this case.

2.   I submit this Declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Director's motion for a 65-day extension of time for filing the Director's brief.

3.   I believe good cause exists for the extension. The requested additional time to prepare the Director's brief is needed due to the heavy workload of the Solicitor's Office, and pressing deadlines in other litigation matters in which the Associate Solicitors assigned to this case are also involved. Additional time is also needed for review of the brief before filing.

4.   Counsel for the Appellants, Daniel J. Minion, has stated that Appellants do not oppose the Director's motion for a 65-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 27, 2026                    _/s/ Kakoli Caprihan_____
                                            Kakoli Caprihan
                                            Associate Solicitor

## **RULE 32(g) CERTIFICATE OF COMPLIANCE**

I certify pursuant to Fed. R. App. P. 27(d)(2) that the foregoing

DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR

FILING THE DIRECTOR'S BRIEF complies with the type-volume limitation

required by the Court's rule.  The total number of words in the foregoing motion is

137 words as calculated using the Word® software program.


 */s/ Kakoli Caprihan*
Kakoli Caprihan
Associate Solicitor
U.S. Patent and Trademark Office