NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ABLYNX N.V., SANOFI,**

*Appellants*

---

2026-1333

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/409,019.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Director of the United States Patent and Trademark Office's unopposed motion for a 65-day extension of time, until August 7, 2026, to file the response brief,

2                                                    IN RE ABLYNX N.V.

IT IS ORDERED THAT:

The motion is granted.  No further extensions of time for the response brief should be anticipated.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 1, 2026
Date