**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2026-1333

**IN RE: ABLYNX N.V.**

**DIRECTOR'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF**

The Director of the United States Patent and Trademark Office (the "Director") is the Appellee in this appeal. Pursuant to Fed. Cir. R. 26, the Director requests that the time for filing the Director's brief, currently due on August 7, 2026, be extended seven (7) days until August 14, 2026. This is the second extension of time requested by the Director. The Director was previously granted an extension of sixty-five (65) days.

Counsel for the Director requests this extension due to the heavy workload in the Solicitor's Office, and staffing changes in the Solicitor's Office that have necessitated additional time for preparing and reviewing the Director's brief.

Counsel for the Appellants, Daniel J. Minion, has stated that Appellants do not oppose this motion.

This motion is accompanied by a declaration pursuant to Fed. Cir. R. 26(b)(3).

July 16, 2026                    Respectfully submitted,


                                 */s/ Kakoli Caprihan*
                                 NICHOLAS T. MATICH
                                 Solicitor

                                 AUSTIN P. MAYRON
                                 Deputy Solicitor

                                 ROBERT J. MCMANUS
                                 Senior IP Legal Counsel

                                 KAKOLI CAPRIHAN
                                 MAUREEN QUELER
                                 JUSTIN BOVA
                                 Associate Solicitors

                                 Office of the Solicitor
                                 U.S. Patent and Trademark Office
                                 Mail Stop 8
                                 P.O. Box 1450
                                 Alexandria, Virginia  22313
                                 kakoli.caprihan@uspto.gov
                                 (571) 272-9035

                                 *Attorneys for the Director of the*
                                 *U.S. Patent and Trademark Office*

2

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2026-1333

**IN RE: ABLYNX N.V.**

**DECLARATION IN SUPPORT OF DIRECTOR'S
SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING THE DIRECTOR'S BRIEF**

I, Kakoli Caprihan, hereby declare:

1.      I have been assigned to be the primary attorney on this case.

2.      I submit this Declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Director's motion for a 7-day extension of time for filing the Director's brief.

3.      I believe good cause exists for the extension.  The requested additional time to prepare the Director's brief is needed due to the heavy workload in the Solicitor's Office, and staffing changes in the Solicitor's Office that have necessitated additional time for preparing and reviewing the Director's brief.

4.      Counsel for the Appellants, Daniel J. Minion, has stated that Appellants do not oppose the Director's motion for a 7-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2026                    */s/ Kakoli Caprihan*
                                             Kakoli Caprihan
                                             Associate Solicitor

## **RULE 32(g) CERTIFICATE OF COMPLIANCE**

I certify pursuant to Fed. R. App. P. 27(d)(2) that the foregoing

DIRECTOR'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

FOR FILING THE DIRECTOR'S BRIEF complies with the type-volume

limitation required by the Court's rule.  The total number of words in the foregoing

motion is 136 words as calculated using the Word® software program.


 */s/ Kakoli Caprihan*
Kakoli Caprihan
Associate Solicitor
U.S. Patent and Trademark Office